No. 90–831.  CAWLEY v. MULLER ET AL.  Ct. App. Mich. Certiorari denied.

No. 90–835.  SMITH, ADMINISTRATRIX OF THE ESTATE OF SMITH, DECEASED v. CITY OF BERKELEY ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–839.  COUNTY OF KERN, CALIFORNIA v. ABSHIRE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–840.  FRASER v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 90–846.  UBEROI v. BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–850.  ROGERS ET AL. v. WILCOX ET AL.  Ct. App. Ind. Certiorari denied.

No. 90–851.  CARROLL v. INSURANCE COMPANY OF NORTH AMERICA.  C. A. 9th Cir.  Certiorari denied.

No. 90–864.  FILLION v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 90–865.  INDEPENDENT SCHOOL DISTRICT, NO. I–3, NOBLE COUNTY, OKLAHOMA, ET AL. v. RANKIN.  C. A. 10th Cir.  Certiorari denied.

No. 90–879.  FIELDS v. DURHAM ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–882.  PHELAN ET AL. v. TAYLOR ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–883.  JOHNSON ET AL. v. RINECK ET AL.  Sup. Ct. Wis. Certiorari denied.

No. 90–896.  GARNER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–916.  CASTIELLO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.